No. 73–5405.  Stockmar *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 73–5406.  Zito *v.* United States.  C. A. 2d Cir. Certiorari denied.

No. 73–5411.  DiTommaso *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 73–5417.  Ramos *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 73–5422.  Dota *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 73–5428.  Snow *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 73–5433.  Green *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 73–5440.  Hines *v.* Slayton, Penitentiary Superintendent.  C. A. 4th Cir.  Certiorari denied.

No. 73–5441.  Thibadoux *v.* Warden, Clinton Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 73–5445.  Kimmel *v.* Wyoming et al.  Sup. Ct. Wyo.  Certiorari denied.

No. 73–5453.  Nations *v.* Morris et al.; and

No. 73–5458.  Kirkland *v.* Shell Oil Co. et al. C. A. 5th Cir.  Certiorari denied.  Reported below: No. 73–5453, 483 F. 2d 577; No. 73–5458, 483 F. 2d 590.

No. 73–5461.  Polese *v.* Bremer et al.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 73–5463.  McNeary *v.* Stone, Institution Superintendent.  C. A. 9th Cir.  Certiorari denied.